ACCEPTED
01-15-00161-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 2:03:29 PM
CHRISTOPHER PRINE
CLERK

# Kelly, Durham & Pittard, LLP

1005 Heights Boulevard • Houston, Texas 77008
Telephone: (713) 529-0048 • Facsimile: (713) 529-2498

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/2/2015 2:03:29 PM

CHRISTOPHER A. PRINE
Clerk

December 2, 2015

***Via Electronic Filing***
Mr. Christopher A. Prine, Clerk
FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002

> **Re: Cause No. 01-15-00161-CV**, *Camillo Martinez o/b/o deceased, Yolanda Martinez v. Nabeel "Bill" Arafat d/b/a Texas Car Stereo*; **In the First Court of Appeals, Houston, Texas**

Dear Mr. Prine:

In light of the postponement of today's oral argument, counsel for appellant requests that the argument <u>not</u> be rescheduled for the week of January 11, 2016. Undersigned counsel will be presenting oral argument to the Texas Supreme Court on January 12 in INEOS USA, LLC f/k/a Innovene USA, LLC, INEOS Polymers, Inc., a/k/a INEOS Olefins, INEOS Olefins & Polymers USA, a Division of INEOS USA, LLC, and Jonathan "Bubba" Pavlovsky v. Johannes "Joe" Elmgren and Valarie Elmgren, Individually and as Next Friends of Their Minor Children, Cause No. 14-0507, and to the Dallas Court of Appeals on January 13 in Jerry Wright and Staci Wright v. Gregory S. Menta, Cause No. 05-15-00272-CV.

The court's consideration of this request will be greatly appreciated.

Sincerely,

/s/ Peter M. Kelly
Peter M. Kelly (00791011)
pkelly@texasappeals.com
***Attorney for Appellant***

PMK/ra

cc:

Robin N. Blanchete
Troy A. Williams
GERMER, PLLC
333 Clay St., Suite 4950
Houston, Texas 77002
713.739.7420 - facsimile
twilliams@germer.com
rblanchette@germer.com

Joseph M. Heard
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
713.772.6495 - facsimile
jheard@heardmedackpc.com

*Counsel for Appellee*